**JS-6**

1

2

3

4

5

6

7

8                   **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DRIA MOORE,                           Case No.: ED CV 14-1179 DMG (DTBx)

12                 Plaintiff,       **JUDGMENT**

13                   v.

14   INTERNATIONAL COSMETICS AND

     PERFUMES, INC.,

15

16                 Defendant.

17

18       Pursuant to the Court's June 24, 2016 Order re Defendant's Motion for Summary

19   Judgment [Doc. # 95], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that

20   judgment is entered in favor of Defendant International Cosmetics and Perfumes, Inc.,

21   and against Plaintiff Dria Moore.

22   **IT IS SO ORDERED**.

23

24   DATED:  June 28, 2016

25

26                                            DOLLY M. GEE

27                            UNITED STATES DISTRICT JUDGE

28

-1-