FILED

SEP 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DRIA MOORE, an individual,<br><br>　　　　　Plaintiff-Appellant,<br><br>　v.<br><br>INTERNATIONAL COSMETICS AND PERFUMES INC. and DOES, 1 through 50, inclusive,<br><br>　　　　　Defendants-Appellees. | No.　16-56365<br><br>D.C. No.<br>5:14-cv-01179-DMG-DTB<br>Central District of California, Riverside<br><br>ORDER |

　　　The court's records reflect that the notice of appeal was filed during the pendency of a timely filed motion listed in Federal Rule of Appellate Procedure 4(a)(4).  The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding.  *See* Fed. R. App. P. 4(a)(4). Accordingly, appellate proceedings other than mediation shall be held in abeyance pending the district court's resolution of the pending motion.  *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

　　　Within 7 days after the district court's ruling on the pending motion, appellant shall notify this court in writing of the ruling and shall advise whether appellant intends to prosecute this appeal.

LAB/MOATT

To appeal the district court's ruling on the post-judgment motion, appellant must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk shall serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lior A. Brinn
Deputy Clerk

LAB/MOATT                                2